PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-MJ-00130-SAB |
| Plaintiff, | |
| v. | **ORDER UNSEALING INDICTMENT** |
| JUAN JOSE RUIZ, | |
| Defendant. | |

The United States, having arrested the defendant, Juan Jose Ruiz, on an arrest warrant and the need for unsealing the indictment as to defendant Ruiz has ceased;

IT IS ORDERED that the indictment and arrest warrant shall be unsealed as to defendant Juan Jose Ruiz only.

IT IS SO ORDERED.

Dated: **November 15, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1